## AFFIDAVIT OF CHANTELLE TAYLOR

I, Chantelle Taylor, formerly Chantelle Bequette, state on oath:

1. I am a criminalist at the Arkansas State Crime Lab. I have held this position for over thirteen years. As part of my duties I testified at the trial in United States of America v. Chevie O'Brien Kehoe and Daniel Lewis Lee, case no. LR-CR-97-243.

2. My duties as a criminalist in the trace evidence unit of the Arkansas State Crime Laboratory include, and included in 1998 and 1999, examining hairs to determine type of hair, body area of origin, comparison of known and questioned hairs, and evaluation of hairs for determination whether further testing, i.e. nuclear or mitochondrial DNA testing, could be conducted.

3. I was aware of the protocols in effect for DNA testing in 1998 and 1999. Nuclear DNA tests could not be conducted on hair absent a root. All of protocols with which I was familiar in 1998 and 1999 stated that a hair should be at least 2 cm in length for submission for mitochondrial DNA testing. I do not have any recollection regarding inquiries made to me regarding the submission for DNA testing of the Danny Lee hair about which I testified at trial. I would have told anyone making an inquiry that, based upon my view of the hair and my knowledge of laboratory requirements, the hair was not suitable for submission for either nuclear or mitochondrial DNA testing.

Further, AFFIANT SAYETH NOT.

Executed this 21st day of August, 2007, in Little Rock, Arkansas.

*Chantelle Taylor*
Chantelle Taylor

EXHIBIT NO. B

State of Arkansas
Pulaski County

Subscribed and sworn to before me, a Notary Public, this 21st day of August, 2007.

_Kimberly K. Squires_
Notary Public

My commission expires:
7-12-12