**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                PLAINTIFF

v.                        No. 4:97CR00243-02 JLH

DANIEL LEWIS LEE                                         DEFENDANT

**JUDGMENT**

Pursuant to the Memorandum Opinion entered separately today, Daniel Lewis Lee's motion for an indicative ruling and motion for relief pursuant to Fed. R. Civ. P. 60(b) are denied.  Documents #1230 and #1231.

IT IS SO ORDERED this 18th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE