**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                      PLAINTIFF

v.                                            No. 4:97CR00243-02 JLH

DANIEL LEWIS LEE                                                                                                  DEFENDANT

**ORDER**

Daniel Lewis Lee has filed a motion to alter or amend the judgment entered on March 18, 2014, denying Lee's motion to reopen these proceedings. Lee contends that the Court erred as a matter of law when it deemed his Rule 60(b) motion a second or successive habeas petition. The substance of Lee's argument, however, is the same as the arguments that he made in his briefs and at oral argument before the Court ruled. For the reasons stated in the Court's Opinion entered on March 18, 2014, those arguments are overruled. Lee's motion to alter or amend is DENIED. Document #1251.

IT IS SO ORDERED this 16th day of April, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE