**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                          No. 4:97CR00243-02 JLH

DANIEL LEWIS LEE                                                                         DEFENDANT

## ORDER

The motion for appointment of co-counsel is GRANTED.  Document #1253.  It is hereby ordered that Morris H. Moon, an Assistant Federal Defender with the Federal Capital Habeas Project, is appointed as co-counsel pursuant to 18 U.S.C. § 3599(a)(2) to assist with defendant's post-conviction representation.

IT IS SO ORDERED this 5th day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE