# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

July 08, 2019

Mr. George Gust Kouros
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

4:97-cr-00243-02-JLH

RE:  19-2432  Daniel Lee v. United States

Dear Counsel:

We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court. In accordance with Rule 24(a), Federal Rules of Appellate Procedure, the appeal has been docketed under the number indicated. Please include the caption and the case number on all correspondence or pleadings submitted to the Court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The notice of appeal has been treated as an application for certificate of appealability in accordance with Rule 22(b) of the Federal Rules of Appellate Procedure. **Within 60 days of the date of this letter, counsel for the appellant my file a separate application for certificate of appealability. Once the separate application for certificate of appealability has been received, the case will be forwarded to a panel of judges for consideration.** You will be advised of any action taken in the case.

An order appointing your office to represent appellant will be forwarded under a separate Notice of Docket Activity.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Michael E. Gans
Clerk of Court

CMH

Enclosure(s)

cc:   Mr. Ali Ahmad
       Mr. Daniel Lewis Lee
       Mr. Jim McCormack
       Mr. Morris H. Moon
       Mr. John Michael Pellettieri

      District Court/Agency Case Number(s):   4:18-cv-00649-JLH

**Caption For Case Number:   19-2432**

Daniel Lewis Lee

       Petitioner - Appellant

v.

United States of America

       Respondent - Appellee

Addresses For Case Participants:   19-2432

Mr. George Gust Kouros
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

Mr. Ali Ahmad
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
Suite 500
425 W. Capitol Avenue
Little Rock, AR  72201

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
21303-009
4700 Bureau Road, S.
Terre Haute, IN  47802

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Mr. Morris H. Moon
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

Mr. John Michael Pellettieri
U.S. DEPARTMENT OF JUSTICE
Criminal Division, Appellate Section
Room 1264
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0000



**19-2432 Daniel Lee v. United States "PRISONER case docketed"**
**(4:18-cv-00649-JLH, Lead: 4:97-cr-00243-JLH-2)**
ca08ml_cmecf_Notify   to:                                    07/08/2019 03:01 PM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/08/2019
**Case Name:**        Daniel Lee v. United States
**Case Number:**   19-2432
**Document(s):**    Document(s)

**Docket Text:**
Prisoner case docketed. [4805478] [19-2432] (Crystal Henderson)

**Notice will be electronically mailed to:**

Mr. Ali Ahmad, Assistant U.S. Attorney: ali.ahmad@usdoj.gov, sonia.dickson@usdoj.gov, caseview.ecf@usdoj.gov
Mr. George Gust Kouros, Assistant Federal Public Defender: George_Kouros@fd.org
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Morris H. Moon: moonmorris@aol.com, Morris_Moon@fd.org, Kim_Taylor@fd.org
Mr. John Michael Pellettieri: john.pellettieri@usdoj.gov

**Notice will be mailed to:**

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
4700 Bureau Road, S.
Terre Haute, IN 47802

The following document(s) are associated with this transaction:
**Document Description:** COA Docketing Letter
**Original Filename:**
/opt/ACECF/live/forms/CrystalHenderson_192432_4805478_COADocketingLetters_114.pdf

**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/08/2019] [FileNumber=4805478-0]
[909d05e38c5976ce16eafe974910b25203dc66192f01a1e9b4a5e3e55b555c9eddd6ef2477fbfaadb
10d1afa39b9c208da4433c2227017a62eae1dc76bf9e419]]
**Recipients:**
- Mr. Ali Ahmad, Assistant U.S. Attorney
- Mr. George Gust Kouros, Assistant Federal Public Defender
- Mr. Daniel Lewis Lee
- Mr. Jim McCormack, Clerk of Court
- Mr. Morris H. Moon
- Mr. John Michael Pellettieri

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4805478
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6323781, 6323782, 6323783